1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   BRANDON SINAY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | District Court Case No. 1:22-cr-00039-DAD
12 |                                    | (Magistrate Case No. 1:21-po-00100-SAB)
   |        Plaintiff-Appellee,         |
13 |                                    | APPELLANT'S MOTION TO WITHDRAW
   | vs.                                | APPEAL; ORDER
14 |                                    |
   | BRANDON SINAY,                     |
15 |                                    |
   |        Defendant-Appellant.        |
16

17

18       Defendant-Appellant Brandon Sinay hereby requests to withdraw his appeal.

19       On February 9, 2022, Mr. Sinay filed a Notice of Appeal, seeking to challenge the

20 sentence imposed by the magistrate judge.  *See* ECF No. 25.  Mr. Sinay now seeks to withdraw

21 his appeal in this matter.  Accordingly, Mr. Sinay requests that the Court permit him to withdraw

22 his appeal.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: February 15, 2022            */s/ Matthew Lemke*
                                      MATTHEW LEMKE
                                      Assistant Federal Defender
                                      Attorney for Defendant-Appellant
                                      BRANDON SINAY


Date: February 15, 2022            */s/ Brandon Sinay*
                                      BRANDON SINAY
                                      Defendant-Appellant


## ORDER

Defendant-Appellant Brandon Sinay's appeal is hereby deemed withdrawn.

IT IS SO ORDERED.

Dated:   **February 15, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE